THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00107-MR-WCM

| | | |
|---|---|---|
| GERALD R. LASCHOBER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| AARON C. AMMONS and JOSHUA FREEMAN, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the parties' "Joint Response to Court Order," which the Court construes as a Motion for a Judicial Settlement Conference [Doc. 26].

The parties were previously ordered to designate a mediator to preside over a mediated settlement conference and to file an appropriate Notice of Designation of Mediator. [Doc. 25]. The parties now request for the Court to appoint a magistrate judge to host a judicial settlement conference in lieu of a private mediation. [Doc. 26].

Upon consideration of the parties' motion, the Court finds that good cause has not been shown to justify the ordering of a judicial settlement

conference in this case. Accordingly, in the exercise of its discretion, the Court will deny the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Response to Court Order," which the Court construes as a Motion for a Judicial Settlement Conference [Doc. 26], is **DENIED**.

**IT IS SO ORDERED.**

Signed: June 6, 2022

Martin Reidinger
Chief United States District Judge

2

Case 1:21-cv-00107-MR-WCM   Document 27   Filed 06/06/22   Page 2 of 2