IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00107-MR-WCM

| | | |
|---|---|---|
| GERALD R. LASCHOBER | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| AARON C. AMMONS, | ) | |
| JOSHUA FREEMAN | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 44) filed by Clark D. Tew. The Motion indicates that Mr. Tew, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Jason Mirabella, who the Motion represents as being a member in good standing of the Bar of Georgia. It further appears that the requisite admission fee has been paid.

With respect to Defendants' position, the Motion indicates that Defendants have not "responded formally to [Mr. Tew's] inquiry." Doc. 44 at 2.

Seeing no facial defect in the Motion, the undersigned will grant the request. Any defendant may, however, request that the admission of Jason Mirabella be reconsidered, within seven (7) days of this Order. Any such request for reconsideration should be supported by specific objections to the

instant *pro hac vice* admission.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion for Admission Pro Hac Vice and Affidavit (Doc. 44) is **GRANTED**, and Jason Mirabella is **ADMITTED** to practice *pro hac vice* before the Court in this matter while associated with local counsel.

2. This ruling is **WITHOUT PREJUDICE** to any Defendant's right to challenge Mr. Mirabella's admission, provided that any such motion is filed within **seven days** of this Order and is appropriately supported.

Signed: June 23, 2023

W. Carleton Metcalf
United States Magistrate Judge