IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00107-MR-WCM

| | | |
|---|---|---|
| GERALD R. LASCHOBER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| AARON C. AMMONS and | ) | |
| JOSHUA FREEMAN, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on a Status Report filed by Plaintiff. Doc. 64.

On September 28, 2023, the parties' designated mediator filed a report indicating that this matter had been partially resolved during mediation. Doc. 62. The mediator's report further provided that:

> Counsel will file a joint stipulation regarding those claims which have been resolved within thirty (30) days of the filing of this report. The report shall also contain a brief summary of the remaining issues for the Court to resolve.

Id.

Based on the mediator's report, counsel were instructed to file, by 10/30/2023, a joint stipulation regarding those claims that have been resolved and to provide the Court with a brief summary of the remaining issues.

On October 30, 2023, Plaintiff filed the Status Report which advises that Plaintiff reached a settlement with Defendant Joshua Freeman ("Freeman") during mediation on September 25, 2023, that Freeman has sixty (60) days to "complete certain terms of the settlement," and that upon the completion of those terms, a stipulation of dismissal "as to all claims against Defendant Freeman will be filed." Id.

The Status Report further advises that no settlement has been reached with Defendant Aaron C. Ammons ("Ammons") and that "all existing claims against [Ammons] remain to be resolved." Id.

Though the Status Report is not consistent with the mediator's report as to the time for the filing of a joint stipulation regarding the claims against Freeman, the undersigned will, in the exercise of discretion, construe the Status Report as a request for an extension of time and will extend that deadline. Specifically, the deadline for the parties to file a stipulation of dismissal as to Plaintiff's claims against Freeman is **EXTENDED** through and including **November 29, 2023**.

It is so ordered.

Signed: October 31, 2023

W. Carleton Metcalf
United States Magistrate Judge