# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| Gerald R. Laschober**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:21-cv-00107-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Joshua Freeman**,** | ) | |
| Defendant. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Stipulation of Dismissal, filed on 12/1/2023.

December 4, 2023

Katherine Hord Simon, Clerk
United States District Court